# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
### ASHEVILLE DIVISION
#### 1:06cv23

| | |
|---|---|
| MORGAN STANLEY, DW, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| Vs. ) | **ORDER** |
| ) | |
| CYNTHIA M. DAILEY; STERLING ) | |
| M. MYERS; BETTY MARTIN; ) | |
| BURT SMITH; and CAROL SMITH ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the court on

(1) Morgan Stanley DW, Inc.'s Motion for Authority to liquidate securities, deposit accounts' proceeds and cash with court, retain commission and fees, and dismiss Plaintiff and award attorneys' fees (#20); and

(2) Morgan Stanley DW, Inc.'s Motion to Dismiss Defendants Betty Martin, Burt Smith and Carol Smith's Counterclaims (#31).

It appearing that these motions are ripe, but that such motions and underlying pleadings have generated a number of arguments, some of which appear to be uncommon in the arena of interpleader, a hearing will be scheduled.

**ORDER**

**IT IS, THEREFORE, ORDERED** that a hearing is scheduled on all now pending motions for July 14, 2006, at 2 p.m. in Asheville. If all pending motions are amicably resolved and withdrawn before such date, or if this action is resolved and dismissed in its entirety in a manner that complies with Rule 41, Federal Rules of Civil Procedure, such hearing will be cancelled.

Signed: June 20, 2006

*Dennis L. Howell*

Dennis L. Howell
United States Magistrate Judge